UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MICHAEL JAMES PARKHILL,<br><br>      Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN[1],<br>Acting Commissioner of Social Security,<br><br>      Defendant. | No. CV-12-525-JPH<br><br>ORDER OF DISMISSAL |

On February 21, 2013, Plaintiff moved to dismiss the complaint with prejudice. Defendant has no objection. ECF No. 13. The parties have consented to proceed before a magistrate judge. ECF No. 7.

After review,

**IT IS ORDERED**

Plaintiff's motion **to dismiss the complaint with prejudice, ECF No. 13, is GRANTED.**

**IT IS FURTHER ORDERED**

**The complaint is dismissed with prejudice.**

The District Court Executive is directed to enter this order,

---

[1] Carolyn W. Colvin became the Acting Commissioner of Social Security on February 14, 2013. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Carolyn W. Colvin is substituted for Michael J. Astrue as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of 42 U.S.C. § 405(g).

ORDER OF DISMISSAL WITH PREJUDICE - 1 -

provide copies to the parties and **CLOSE the file**.

**DATED** this 26th day of February, 2013.

                                             s/James P. Hutton

                                             JAMES P. HUTTON
                                 UNITED STATES MAGISTRATE JUDGE